IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD HOLSWORTH, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 16-2413 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

WENDY BEETLESTONE, J.,

AND NOW, this 15th day of February, 2017, upon consideration of Plaintiff's Request for Review, Defendant's Response thereto, and Plaintiff's Reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Request for Review is DENIED.

BY THE COURT:

_____
WENDY BEETLESTONE, J.